STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Varell_fuller@fd.org

Counsel for Defendant BARRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>OSCAR BARRERA,<br><br>    Defendant. | Case No.: CR 19-00366 BLF (VDK)<br><br>DEFENDANT'S UNOPPOSED MOTION AND ORDER MODIFYING BOND<br><br><br>Judge: Hon. Nathanael M. Cousins |

      The defendant, Mr. Oscar Barrera, by and through his counsel, respectfully moves to modify the conditions of release previously set by the Court as set out below.

      On August 18, 2019, the Court released Mr. Barrera on a $100,000 unsecured bond co-signed by Ms. Veronica Castro and Ms. Erika Castro as sureties. The court also ordered that Mr. Barrera be subject to electronic monitoring and that he may leave his residence only for employment, attorney visits, and court appearances.  Mr. Barrera has complied with his conditions of release as ordered, with the exception of a pretrial release violation for which he was admonished on October 17, 2019.  There have been no violations since that date.

Motion to Modify Conditions of Release
CR 19-00366 BLF (VDK)

Mr. Barrera respectfully request that the court modify his pretrial release conditons to provide that he be subject to a curfew as determined by Pretrial Services. Counsel for Mr. Barrera has conferred with United States Pretrial Officer Kim Do and Assistant United States Attorney Jeffrey Schenk and neither object to this proposed modification.

Dated: January 22, 2020

>                             Respectfully submitted,
>                             STEVEN G. KALAR
>                             Federal Public Defender
>
>                             _____/s/_____
>                             VARELL L. FULLER
>                             Assistant Federal Public Defender

//

## **ORDER**

GOOD CAUSE APPEARING, upon the unopposed motion of the defendant, IT IS HEREBY ORDERED that the bond set in this matter is hereby modified to provide that the defendant shall be subject to curfew as determined by Pretrial Services. All other conditions to remain in full effect.

IT IS SO ORDERED.

DATED: January 23, 2020



HON. NATHANAEL M. COUSINS

cc: Pretrial Services

Motion to Modify Conditions of Release
CR 19-00366 BLF (VDK)